IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EMMANUEL BRUCE,

      Plaintiff,

v.                                                                    Case No. 5:26-cv-7-AW-MJF

JOHN DOE (WASHINGTON CORR.
INSTITUTION WARDEN), et al.,

      Defendants.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff has not complied with court orders. The magistrate judge thus issued a report and recommendation, which concluded the court should dismiss on that basis. ECF No. 10. I have considered that report and recommendation, and I have considered de novo the issues raised in Plaintiff's "Letter to Aware" (ECF No. 11), which I have treated as an objection to the report and recommendation.

I now adopt the report and recommendation and incorporate it into this order. Although Plaintiff's letter suggests he has been hindered in obtaining documents to support his *in forma pauperis* application, the letter offers no satisfactory explanation of why Plaintiff failed to comply with other court directions, including the direction to file an amended complaint on the proper court form. Under these circumstances, dismissal without prejudice is appropriate.

1

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on May 4, 2026.

s/ *Allen Winsor*
Chief United States District Judge